UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENCOMPASS HOLDINGS, INC.,

    Plaintiff,        No. C 09-1816 PJH

    v.          **ORDER**

CAREY F. DALY II, et al.,

    Defendants.

_____/

  Plaintiff Encompass Holdings, Inc. filed the above-entitled action on Friday, April 24, 2009. Also on April 24, 2009, plaintiff filed an "ex parte" application for a temporary restraining order ("TRO") and order to show cause re preliminary injunction. Plaintiff also filed a certificate of service, stating that defendants had been served with copies of the complaint and the motion papers on April 23, 2009, by e-mail and overnight mail.

  The court is unable to review the papers and set the hearing on the application for the TRO and order to show cause until plaintiff (a) either files a proof of service of the summons and complaint on defendants, showing service in accordance with Federal Rule of Civil Procedure 4; or files a signed notice and acknowledgment of receipt; and (b) provides the court with chambers copies of the complaint and the Declaration of J. Scott Webber in which the various exhibits to those two documents are tabbed.

  Once plaintiff has established that defendants have been properly served and has

1  provided the court with chambers copies that are in a format that is usable by the court, the
2  court will review the papers and will issue an order setting a date for defendants to file an
3  opposition, and a date for the hearing on the application for the TRO and the order showing
4  cause.

**IT IS SO ORDERED.**

Dated: April 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge