MANASIAN & ROUGEAU LLP
PAUL E. MANASIAN (130855)
400 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 291-8425
Facsimile: (415) 291-8426
Email: manasian@mrlawsf.com

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
CRAIG M. RANKIN (SBN 169844)
TODD M. ARNOLD (SBN 221868)
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: cmr@lnbrb.com, tma@lnbrb.com

Attorneys for Plaintiff Encompass Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>                                           Plaintiff,<br>v.<br><br>CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>                                           Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. C 09-1816 PJH |

**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO ALLOW LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. TO WITHDRAW AS CO-COUNSEL OF RECORD**

-1-

Upon consideration of the Stipulation to Allow Levene, Neale, Bender, Rankin & Brill L.L.P. to Withdraw as Co-Counsel of Record (the "Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

(1)     The Stipulation is approved; and

(2)     LNBRB is hereby deemed to have withdrawn from the representation of Encompass Holdings, Inc. in the above-referenced action.

**IT IS SO ORDERED.**

### 7/6/09



-2-

[PROPOSED] ORDER APPROVING STIPULATION TO ALLOW LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. TO WITHDRAW AS CO-COUNSEL OF RECORD