United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENCOMPASS HOLDINGS, INC.,

    Plaintiff,                    No. C 09-1816 PJH

    v.                          **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**

CAREY F. DALY II, et al.,

    Defendants.

_____/

    Having reviewed defendants' Motion for Administrative Relief to Extend Time to Plead and Continue 8/5/09 Hearing Date, and plaintiff's opposition thereto, the court rules as follows:

    In view of defense counsel's vacation, a continuance of the current hearing schedule in connection with plaintiff's pending motion to disqualify is hereby GRANTED, to allow counsel to timely prepare an opposition to the motion. The hearing on plaintiff's motion, currently scheduled for August 5, 2009, is accordingly CONTINUED to September 2, 2009, at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendants' opposition brief in connection with the motion shall be due no later than August 12, 2009, and plaintiff's reply brief shall be due no later than August 19, 2009.

    In the event defense counsel is unavailable for hearing on September 2, the matter will be decided on the papers.

**IT IS SO ORDERED.**

Dated: July 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge