Paul J. Steiner (SBN 41117)
Law Offices of Paul J. Steiner
550 California Street, Suite 700 Sacramento Tower
San Francisco, CA 94104
Phone: (415) 981-6100
Fax:    (415) 984-0950
E-mail: paul@sfpaulaw.com

Attorneys for Defendants
CAREY F. DALY, II
and RANDALL J. LANHAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY F. DALY,II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. C 09-1816 PJH |

**[PROPOSED] ORDER APPROVING STIPULATION TO GRANT PLAINTIFF'S MOTION FOR A MORE DEFINITIVE STATEMENT** AS MODIFIED BY THE COURT

Upon consideration of the Stipulation to Grant Plaintiff's Motion ~~for A More Definitive~~ Statement (herein, "The Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. The Motion For A More Definitive Statement filed by Plaintiff Encompass Holdings, Inc. is granted; defendants Carey F. Daly, II and Randall J. Lanham shall file by August 14, 2009 an Amended Answer containing their more definitive statement to the Complaint;

3. Plaintiff and Cross-Defendant Encompass Holdings, Inc. shall have until August 21, 2009 to respond to the Cross-Claims filed by Carey F. Daly, II and Randall J. Lanham.

4. The August 5, 2009 hearing date on Plaintiff's Motion for a More Definite Statement is VACATED.

**IT IS SO ORDERED.**

Dated: July __16__, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

C:\D\D\Daly, Lanham adv. Encompass 3769\Pleadings\proposed order re more defin...

**[PROPOSED] ORDER GRANTING STIPULATION FOR**
**A MORE DEFINITIVE STATEMENT**
**Encompass Holdings, Inc. v. Daly, Case No. C 09-1816 PJH**                              **Page 2 of 2**