```
1  Paul J. Steiner (SBN 41117)
   Law Offices of Paul J. Steiner
2  550 California Street, Suite 700 Sacramento Tower
   San Francisco, CA 94104
3  Phone: (415) 981-6100
   Fax:   (415) 984-0950
4  E-mail: paul@sfpaulaw.com

5  Attorneys for Defendants
   CAREY F. DALY, II
6  and RANDALL J. LANHAM
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC. a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CAREY F. DALY,II, an individual, and RANDALL J. LANHAM, an individual, <br><br> Defendants. | Case No. C 09-1816 PJH |
| AND RELATED CROSS-CLAIM. | |

[~~PROPOSED~~] ORDER APPROVING STIPULATION TO GRANT PLAINTIFF'S MOTION FOR A MORE DEFINITIVE STATEMENT  AS MODIFIED BY THE COURT

Upon consideration of the Stipulation to Grant Plaintiff's Motion ~~for A More Definitive~~ Statement (herein, "The Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. The Motion For A More Definitive Statement filed by Plaintiff Encompass Holdings, Inc. is granted; defendants Carey F. Daly, II and Randall J. Lanham shall file by August 14, 2009 an Amended Answer containing their more definitive statement to the Complaint;

   3.   Plaintiff and Cross-Defendant Encompass Holdings, Inc. shall have until August 21, 2009 to respond to the Cross-Claims filed by Carey F. Daly, II and Randall J. Lanham.

   4.   The August 5, 2009 hearing date on Plaintiff's Motion for a More Definite Statement is VACATED.

**IT IS SO ORDERED.**

Dated: July __16__, 2009



_____
PHYLLIS J. HAMILTON
United States District Judge

C:\D\D\Daly, Lanham adv. Encompass 3769\Pleadings\proposed order re more definite

**[PROPOSED] ORDER GRANTING STIPULATION FOR
A MORE DEFINITIVE STATEMENT**
**Encompass Holdings, Inc. v. Daly, Case No. C 09-1816 PJH**                    **Page 2 of 2**