PAUL J. STEINER (SBN 41117)
LAW OFFICES OF PAUL J. STEINER
550 California Street, Suite 700 Sacramento Tower
San Francisco, CA 94104
Phone: (415) 981-6100
Fax:    (415) 984-0950
E-mail: paul@sfpaulaw.com

Attorney for Defendants
CAREY F. DALY, II
and RANDALL J. LANHAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ENCOMPASS HOLDINGS, INC.** a Nevada Corporation, <br><br> **Plaintiff,** <br><br> vs. <br><br> **CAREY F. DALY, II, an individual, and RANDALL J. LANHAM, an individual,** <br><br> **Defendants.** <br><br> **AND RELATED CROSS-CLAIM.** | Case No. C 09-1816 PJH <br><br> **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 6, 2009 AND ALL CASE MANAGEMENT DEADLINES AND CONFERENCES** |

## **STIPULATION**

1. The parties hereto, Plaintiff ENCOMPASS HOLDINGS, INC (herein, "Encompass" or "Plaintiff") and Defendants and Cross-Complainants CAREY F. DALY, II and RANDALL J. LANHAM (herein, "Defendants"), being all of the parties so far appearing in this action, hereby stipulate and request, subject to the approval of this Court, that the Case Management Conference currently scheduled for August 6, 2009 at 2:00 P.M. and all related deadlines and conferences, including initial disclosures required pursuant to Rule 26(a), be continued to October 1, 2009 or such other date as is mutually convenient to the Court and counsel. This stipulation and request is based upon the facts stated below.

**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR aUGUST 6, 2009 AND ALL CASE MANAGEMENT DEADLINES AND CONFERENCES**                        **Page 1 of 3**

2. Defendants' counsel, Paul J. Steiner, a sole practitioner, has a conflict at the time set for this hearing. On July 27, 2009, the Superior Court of California for the County of San Mateo, in a case entitled Kassin v. HAS Parking Company of America, Case No. CIV472261, set a Mandatory Settlement Conference in Redwood City for July 6, 2009 at 2:00 P.M., one half hour earlier than the Case Management Conference in this matter. The Kassin case is set for trial on August 17, 2009. Defendants' counsel asserts that he cannot attend both hearings, and that the Mandatory Settlement Conference involves scheduling before a panel of attorneys, and involves a client who resides in the State of Virginia.

3. There is pending a Motion to Disqualify Defendants' counsel based on a claimed conflict of interest. That motion is set for hearing on September 2, 2009. The parties and counsel agree and believe that the Case Management Conference will be more useful after that motion is determined.

4. The individually named cross-defendants have not yet been served or appeared. Counsel for Cross-Complainants anticipates that they will be served by the end of this month. The parties and counsel agree and believe that the Case Management Conference will be more useful after the individual defendants appear.

5. Based on the foregoing, the parties hereto stipulate, and request the Court to grant a continuance of the Case Management Conference currently set for August 6, 2009 to ~~October 1~~ November 5, 2009 or such other time as the Court and counsel may agree, and that the deadlines and conferences related to the Case Management Conference, including initial disclosures pursuant to Rule 26(a), be continued accordingly.

THE FOREGOING IS SO STIPULATED:

DATED: August 5, 2009                MANASIAN & ROUGEAU, LLP


                                     By: ___/s/ Gregory A. Rougeau_____
                                            Gregory A. Rougeau
                                        Attorneys for Plaintiff Encompass Holdings, Inc.

| | | |
|---|---|---|
| 1 | DATED: August 5, 2009 | LAW OFFICE OF PAUL J. STEINER |
| 2 | | |
| 3 | | By: ___/s/ Paul J. Steiner_____ |
| 4 | | Paul J. Steiner, Attorneys for Defendants Carey F. Daly, II and Randall J. Lanham |

K:\D\Daly, Lanham adv. Encompass 3769\Pleadings\stip and order-continue cmc of 080609.wpd

8/6/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR aUGUST 6, 2009 AND ALL CASE MANAGEMENT DEADLINES AND CONFERENCES** Page 3 of 3

**EXHIBIT "A"**

Paul J. Steiner (SBN 41117)
Law Offices of Paul J. Steiner
550 California Street, Suite 700 Sacramento Tower
San Francisco, CA 94104
Phone: (415) 981-6100
Fax:    (415) 984-0950
E-mail: paul@sfpaulaw.com

Attorneys for Defendants
CAREY F. DALY, II
and RANDALL J. LANHAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY F. DALY,II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Defendants. | Case No. C 09-1816 PJH |
| AND RELATED CROSS-CLAIM. | |

**[Proposed}**

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND CONFERENCES**

Upon consideration of the Stipulation of the parties set forth above, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

(1)  The Case Management Conference set for August 6, 2009 at 2:30 P.M. is cancelled and the same is reset for hearing on _____ at _____.

(2) The ADR compliance filings shall be made on or before _____, and that the joint Case Management Statement shall filed on or before _____.

DATED: August _____, 2009

_____
PHYLLIS J. HAMILTON
Judge of the United States District Court,
Northern District of California

K:\D\Daly, Lanham adv. Encompass 3769\Pleadings\Proposed Order Continuing CMC.wpd

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
AND RELATED DEADLINES AND CONFERENCES **Page 2 of 2**