Christopher Miller, Esq. (SBN 66862)
Physicians' Advocates
821 Bancroft Way
Berkeley, CA 94710
510-841-7500
Fax: 510-841-5022
Email: cm@physiciansadvocates.com

Attorney for Defendants Carey F. Daly II, an individual
and Randall J. Lanham, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>        Defendants. | Case No.: C 09-1816 PJH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>Date: November 5, 2009<br>Time: 2:30 p.m.<br>Judge: Hon. Phyllis Hamilton |

TO ALL PARTIES AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE, that effective November 5, 2009, CAREY F. DALY II and RANDALL J. LANHAM, Defendants in the above-entitled action, substitute Christopher R. Miller, Esq. of Physicians' Advocates, 821 Bancroft Way, Berkeley, CA 94710, T: 510-841-7500; F: 510-841-5022, in place of Paul J. Steiner, Esq., 550 California Street, Suite 700, San Francisco, CA 94104, T: 415-981-6100; F: 415-984-0950, as counsel. Please direct all notices and correspondence to the attention of Christopher Miller.

//
//
//

DATED: November 5, 2009

I CONSENT TO THIS SUBSTITUTION.

By:

PHYSICIANS' ADVOCATES

_(signature)_

Christopher Miller, Esq.


PAUL J. STEINER, Esq.

_____

Paul J. Steiner, Esq.


DEFENDANT

_(signature)_

Carey F. Daly, II


DEFENDANT

_____

Randall J. Lanham


IT IS SO ORDERERD.

DATED: November _11_, 2009

_(signature)_

Hon. Phyllis Hamilton
Judge, District Court

DATED: November 5, 2009

I CONSENT TO THIS SUBSTITUTION.

By:

    PHYSICIANS' ADVOCATES

    Christopher Miller, Esq.

    PAUL J. STEINER, Esq.

    Paul J. Steiner, Esq.

    DEFENDANT

    Carey F. Daly, II

    DEFENDANT

    Randall J. Lanham

IT IS SO ORDERERD.

DATED: November ____, 2009

                        Hon. Phyllis Hamilton
                        Judge, District Court

DATED: November 5, 2009

I CONSENT TO THIS SUBSTITUTION.

By:

PHYSICIANS' ADVOCATES

_____
Christopher Miller, Esq.


PAUL J. STEINER, Esq.


_____
Paul J. Steiner, Esq.


DEFENDANT

_____
Carey F. Daly, II


DEFENDANT

_____
Randall J. Lanham


IT IS SO ORDERERD.

DATED: November _____, 2009

_____
Hon. Phyllis Hamilton
Judge, District Court