Christopher Miller, Esq. (SBN 66862)
Physicians' Advocates
821 Bancroft Way
Berkeley, CA 94710
510-841-7500
Fax: 510-841-5022
Email: cm@physiciansadvocates.com

Attorney for Defendants Carey F. Daly II, an individual
and Randall J. Lanham, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>Defendants. | Case No.: C 09-1816 PJH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>Date: November 5, 2009<br>Time: 2:30 p.m.<br>Judge: Hon. Phyllis Hamilton |

TO ALL PARTIES AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE, that effective November 5, 2009, CAREY F. DALY II and RANDALL J. LANHAM, Defendants in the above-entitled action, substitute Christopher R. Miller, Esq. of Physicians' Advocates, 821 Bancroft Way, Berkeley, CA 94710, T: 510-841-7500; F: 510-841-5022, in place of Paul J. Steiner, Esq., 550 California Street, Suite 700, San Francisco, CA 94104, T: 415-981-6100; F: 415-984-0950, as counsel. Please direct all notices and correspondence to the attention of Christopher Miller.

//

//

//

DATED: November 5, 2009

I CONSENT TO THIS SUBSTITUTION.

By:
PHYSICIANS' ADVOCATES

_/s/ Christopher Miller_
Christopher Miller, Esq.

PAUL J. STEINER, Esq.

_____
Paul J. Steiner, Esq.

DEFENDANT

_/s/ Carey F. Daly, II_
Carey F. Daly, II

DEFENDANT

_____
Randall J. Lanham

IT IS SO ORDERERD.

DATED: November 11, 2009

_/s/ Phyllis Hamilton_
Hon. Phyllis Hamilton
Judge, District Court

1  DATED: November 5, 2009

2

3  I CONSENT TO THIS SUBSTITUTION.

4  By:
5         PHYSICIANS' ADVOCATES

6
7  *[signature]*
        Christopher Miller, Esq.
8

9
10        PAUL J. STEINER, Esq.
11
12  *[signature]* Paul J. Steiner, Esq.
13

14     DEFENDANT

15
16  *[signature]*
17     Carey F. Daly, II

18
       DEFENDANT
19

20

21     Randall J. Lanham

22

23
24  IT IS SO ORDERERD.

25
    DATED: November ____, 2009
26                                              Hon. Phyllis Hamilton
                                                Judge, District Court
27

28

NOTICE OF SUBSTITUTION OF COUNSEL

2

```
 1  DATED: November 5, 2009
 2
 3  I CONSENT TO THIS SUBSTITUTION.
 4  By:
 5          PHYSICIANS' ADVOCATES
 6
 7      _____
        Christopher Miller, Esq.
 8
 9
        PAUL J. STEINER, Esq.
10
11              .
12      _____
        Paul J. Steiner, Esq.
13
14      DEFENDANT
15
16      _____
17      Carey F. Daly, II
18
        DEFENDANT
19
20      _____
21      Randall J. Lanham
22
23
24  IT IS SO ORDERERD.
25
    DATED: November ____, 2009
26                                      _____
                                        Hon. Phyllis Hamilton
27                                      Judge, District Court
28
                    NOTICE OF SUBSTITUTION OF COUNSEL
                                    2
```