Christopher R. Miller (66862)
PHYSICIANS' ADVOCATES
821 Bancroft Avenue
Berkeley, CA 94710
Tel: (510) 841-7500
Fax: (510) 841-5022

Attorneys for Defendants and Counter-Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation, J. SCOTT WEBBER, an individual and in his representative capacity, LARRY J. COOPER, an individual, KIRK HURFORD an individual and in is his representative capacity, LUCAS VALLEY TECHNOLOGY, INC., <br><br> Plaintiffs and Cross-Defendants, <br><br> v. <br><br> CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual, <br><br> Defendants and Counter-Claimants. | Case No. 4:09-cv-1816 BZ <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date: March 1, 2010 <br> Time: 2:00 p.m. |

Due to the necessity of having to review documents that number in excess of 17.000, the parties have not yet settled the pleadings on the schedule previously agreed. The First Amended Complaint was filed on January 25, 2010, and the Answer to First Amended Complaint and Counter-Claims is being filed today, March 1, 2010. For the foregoing reasons, the parties agree that it would not be a productive use of the Court's time to hold the Case Management Conference, and respectfully request that it be continued for a period of at least 2 weeks to a date convenient to the Court.

| | |
|---|---|
| 1 | /s/_____ |
| 2 | PAUL E. MANASIAN<br>MANASIAN & ROUGEAU LLP |
| 3 | |
| 4 | Attorney for Plaintiffs and Cross-Defendants<br>ENCOMPASS HOLDINGS, INC., J. SCOTT |
| 5 | WEBBER, LARRY J. COOPER, KIRK<br>HURFORD and LUCAS VALLEY |
| 6 | TECHNOLOGY, INC. |
| 7 | |
| 8 | /s/_____<br>CHRISTOPHER R. MILLER |
| 9 | PHYSICIANS' ADVOCATES |
| 10 | Attorney for Defendants and Counter-Claimants |
| 11 | CAREY F. DALY II and RANDALL J. LANHAM |



Case Management Conference is continued to March 15, 2010 at 4:00 p.m. Case Management statements are due 7 days prior to the Case Management Conference.

Dated: 3/1/2010