1  Christopher R. Miller (66862)
   PHYSICIANS' ADVOCATES
2  821 Bancroft Avenue
   Berkeley, CA 94710
3  Tel: (510) 841-7500
   Fax: (510) 841-5022
4
   Attorneys for Defendants and Counter-Claimants
5

6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8                              SAN FRANCISCO DIVISION
9

10

11
   ENCOMPASS HOLDINGS, INC.,                    Case No. 4:09-cv-1816 BZ
12 a Nevada corporation, J. SCOTT WEBBER,
   an individual and in his representative
13 capacity, LARRY J. COOPER, an              **REQUEST FOR CONTINUANCE OF CASE
   individual, KIRK HURFORD an individual     MANAGEMENT CONFERENCE**
14 and in is his representative capacity,
   LUCAS VALLEY TECHNOLOGY, INC.,             Date: March 1, 2010
15                                             Time: 2:00 p.m.
16         Plaintiffs and Cross-Defendants,

17 v.

18 CAREY F. DALY II, an individual, and
   RANDALL J. LANHAM, an individual,
19
           Defendants and Counter-Claimants.
20

21

22 Due to the necessity of having to review documents that number in excess of 17.000, the parties

23 have not yet settled the pleadings on the schedule previously agreed.  The First Amended

24 Complaint was filed on January 25, 2010, and the Answer to First Amended Complaint and

25 Counter-Claims is being filed today, March 1, 2010.  For the foregoing reasons, the parties agree

26 that it would not be a productive use of the Court's time to hold the Case Management

27 Conference, and respectfully request that it be continued for a period of at least 2 weeks to a date

28 convenient to the Court.

/s/_____
PAUL E. MANASIAN
MANASIAN & ROUGEAU LLP

Attorney for Plaintiffs and Cross-Defendants
ENCOMPASS HOLDINGS, INC., J. SCOTT WEBBER, LARRY J. COOPER, KIRK HURFORD and LUCAS VALLEY TECHNOLOGY, INC.

/s/_____
CHRISTOPHER R. MILLER
PHYSICIANS' ADVOCATES

Attorney for Defendants and Counter-Claimants
CAREY F. DALY II and RANDALL J. LANHAM

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Management Conference is continued to March 15, 2010 at 4:00 p.m. Case Management statements are due 7 days prior to the Case Management Conference.

Dated:  3/1/2010