Charles Bond, Esq. (SBN 060611)
Physicians' Advocates
821 Bancroft Way
Berkeley, CA 94710
510-841-7500
Fax: 510-841-5022
Email: cb@physiciansadvocates.com

Attorney for Defendants Carey F. Daly II, an individual
and Randall J. Lanham, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>Defendants. | Case No.: C 09-1816 BZ<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>Judge: Hon. Bernard Zimmerman |

TO ALL PARTIES AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE, that effective May 3, 2010, CAREY F. DALY II and RANDALL J. LANHAM, Defendants in the above-entitled action, substitute Christopher R. Miller, Esq. of Christopher Miller, Esq. of N2 Holdings, Inc., 755 Baywood Drive, Suite 380, Petaluma, CA 94954, T: 707.763.5100; F: 707.581.1951, email cmiller@n2holdings.com, in place Christopher R. MIiller, Esq. of Physicians' Advocates, 821 Bancroft Way, Berkeley, CA 94710, T: 510-841-7500; F: 510-841-5022 as counsel. Please direct all notices and correspondence to the attention of Christopher Miller at the new address.

//
//

NOTICE OF SUBSTITUTION OF COUNSEL

1

//

DATED: April 30, 2010

I CONSENT TO THIS SUBSTITUTION.

By:
    PHYSICIANS' ADVOCATES

*/s/ Charles Bond*
Charles Bond, Esq.


N2 HOLDINGS, INC.


_____
Christopher Miller, Esq.


DEFENDANT


_____
Carey F. Daly, II

DEFENDANT


_____
Randall J. Lanham


IT IS SO ORDERERD.
    May 4, 2010
DATED: ~~April____, 2010~~

                                                 */s/ Bernard Zimmerman*
                                              Hon. Bernard Zimmerman
                                              Judge, District Court