1  JOSEPH P. MCMONIGLE, State Bar #66811
   JESSICA R. MACGREGOR, State Bar #168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Attorneys for Counter-Defendant
   ROBERT LASKOWSKI (erroneously sued as Robert
7  Laskowsky)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation, | CASE No. 3:09-cv-01816 B |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual, | |
| Defendants. | |
| CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual, | |
| Counter-Claimants, | |
| vs. | |
| ENCOMPASS HOLDINGS, INC., a Nevada corporation; J. SCOTT WEBBER, an individual and in his representative capacity; LARRY J. COOPER, an individual; KIRK HURFORD, an individual and in his representative capacity; SHIRLEY HARMON, an individual; DAREN BRINKMAN, an individual; JOSEPH BERARDI, an individual; and ROBERT LASKOWSKY, an individual, | |
| Counter-Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DOCS\S5070-519\577750.V1

STIPULATION AND [PROPOSED] ORDER (No. 3:09-cv-01816 B)

On June 7, 20010, the Counter-Claimants agreed that Counter-Respondent Robert Laskowski may have an additional fourteen days to and including June 22, 2010 in which to respond to the counter-claims herein.  The reason for the request for an extension includes Mr. Laskowski's counsel's travel out of the country in late May and early June.  The extension will not alter the date of any event or any deadline already fixed by the court.

Dated:  June 8, 2010.                    LONG & LEVIT LLP

By _____
Jessica R. MacGregor
Attorneys for Counter-Defendant
ROBERT LASKOWSKI

Dated:  June 8, 2010.

/s/_____
Christopher R. Miller
Attorney for Defendants and Counter-Claimants
CAREY F. DALY II and RANDALL J. LANHAM

IT IS SO ORDERED.

Dated:  June _8_, 2010.

_____
Magistrate Judge Bernard Zimmerman

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DOCS\S5070-519\577750.V1

2

STIPULATION AND [PROPOSED] ORDER (No. 3:09-cv-01816 B)