UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENCOMPASS HOLDINGS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1816 BZ |
| v. | ) | |
| CAREY F. DALY II, et al., | ) | **BRIEFING ORDER** |
| Defendant(s). | ) | |

Having received Cross-Defendants The N.I.R. Group, LLC and Corey S. Ribotsky's motion to dismiss (Doc. No. 109), **IT IS ORDERED THAT:**

1. Any opposition **SHALL** be filed by **September 28, 2010**. Any reply **SHALL** be filed by **October 8, 2010**.

2. The motion is scheduled to be heard on **October 27, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. By no later than **September 24, 2010**, Cross-Defendants Joseph Berardi and Shirley Harmon shall consent to or decline magistrate judge jurisdiction. The form to consent to or

1

1  decline magistrate judge jurisdiction may be found on the
2  court's website at:
3  http://www.cand.uscourts.gov
4  Dated: September 15, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\BRIEFING ORDER (NIR MOTION TO DISMISS).wpd