UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENCOMPASS HOLDINGS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1816 BZ |
| v. | ) | |
| CAREY F. DALY II, et al., | ) | **BRIEFING ORDER** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that by **September 27, 2010**, defendants and counter-complainants Carey F. Daley II and Randall J. Lanham shall file a surreply limited to the issue raised by counter-defendant Robert Laskowsky's reply that the RICO statutes do not provide this Court with personal jurisdiction over him. Any factual contentions in the surreply must be supported by an affidavit or declaration pursuant to Local Rule 7-5.

Dated: September 20, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER (SURREPLY).wpd

1