UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENCOMPASS HOLDINGS, INC.,                )
                                         )
        Plaintiff(s),                    )   No. C09-1816 BZ
                                         )
    v.                                   )
                                         )   **ORDER**
CAREY F. DALY II, et al.,                )
                                         )
        Defendant(s).                    )
_____)

    Before me is counterdefendants The N.I.R. Group, LLC ("NIR") and Corey S. Ribotsky's motion to dismiss defendants' amended counterclaim for lack of personal jurisdiction and failure to state a valid RICO claim.[1] In defendants' opposition to this motion, they seek to supplement their amended counterclaim by including additional factual allegations against NIR and Ribotsky presently contained in declarations. Opposition at 1-2.

    When ruling on motions to dismiss for failure to state a claim, courts cannot "look beyond the complaint" at additional

---

[1] Although NIR and Ribotsky are added as third-party defendants, defendants filed this pleading as a counterclaim.

1

factual allegations made by parties.  See <u>Schneider v. Cal. Dept. of Corrections</u>, 151 F.3d 1194, 1197 (9th Cir. 1998).  It is therefore ordered as follows:

1. The **October 27, 2010** hearing on NIR and Ribotsky's motion to dismiss is **VACATED**.

2. Defendants are **GRANTED LEAVE TO AMEND** their counterclaim by **November 1, 2010.**

3. NIR may file a supplemental opposition addressing any new allegations by **November 8, 2010.**

4. A reply may be filed by **November 15, 2010.**

5. A hearing will be set by the Court.

Dated: October 22, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER GRANTING NIR'S MOTION TO DISMISS (2).wpd

2