Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar No. 186813)
BRINKMAN PORTILLO, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Attorneys for Daren R. Brinkman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Defendants. | Case No. 3:09-cv-01816-BZ<br><br>**[PROPOSED] ORDER GRANTING CROSS-DEFENDANT DAREN BRINKMAN'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Date: January 31, 2011<br>Time: 4:00 p.m.<br>Dept: G<br>Judge: Honorable Judge Bernard Zimmerman |
| CAREY F. DAILY II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>ENCOMPASS HOLDINGS, INC., a Nevada Corporation; J. SCOTT WEBBER, and individual and in his representative capacity; LARRY J. COOPER, an individual; KIRK HURFORD, an individual and his representative capacity; SHIRLEY HARMON, an individual; DAREN BRINKMAN, an individual; JOSEPH BERARDI; an individual and ROBERT LASKOWSKI, an individual, MURRAY GOLDENBERG, an individual, NIR GROUP, LLC, a New York Limited Liability, COREY S. RIBOTSKY, an individual, and DOES 3-50,<br><br>Cross-Defendants. | |

1

GOOD CAUSE HAVING BEEN SHOWN, Cross-Defendant Daren Brinkman's request to appear telephonically at the Status Conference scheduled for January 31, 2011 at 4:00 p.m. in this action is hereby granted. Counsel for Daren Brinkman is required to arrange the telephonic appearance with Court Call (888-882-6878) in advance of the Conference.

IT IS SO ORDERED.

Dated: January 25, 2011

*[signature]*

HONORABLE Bernard Zimmerman
United States Magistrate Judge