UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENCOMPASS HOLDINGS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1816 BZ |
| v. | ) | |
| | ) | **ORDER DENYING ENTRY** |
| CAREY F. DALY II, et al., | ) | **OF JUDGMENT** |
| Defendant(s). | ) | |

The request of cross-defendants Ribotsky and NIR Group for Entry of Judgment (Docket No. 138) is **DENIED**. A Final Judgment pursuant to Rule 54 will be entered at the appropriate time.

Dated: February 3, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORD DENYING DEFS RIBOTSKY AND NIR ENTRY OF JUDGMT.wpd

1