UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CAREY F. DALY II, et al., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | No. C09-1816 BZ <br><br> **BRIEFING ORDER RE DAREN BRINKMAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND MOTION TO DISMISS** |

Having received counterdefendant Daren Brinkman's motion to set aside entry of default and motion to dismiss (Docket No. 148), **IT IS ORDERED** as follows:

1. Any opposition to Brinkman's motion shall be filed by **April 7, 2011.** Any reply shall be filed by **April 14, 2011.**

2. The motion is scheduled to be heard on **May 4, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 22, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\BRIEFING ORDER (BRINKMAN).wpd

1