Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar No. 186813)
BRINKMAN PORTILLO, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Attorneys for Daren R. Brinkman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Defendants. | Case No. 3:09-cv-01816-BZ<br><br>**STATEMENT OF NON-RIPE ISSUES AND JURISDICTION ISSUES RELATING TO SETTLEMENT CONFERENCE**<br><br>Settlement Conference Date and Time:<br>Date: June 2, 2011<br>Time:  9: 30 A.M. |
| CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>ENCOMPASS HOLDINGS, INC., et. al.,<br><br>Cross-Defendants. | |

Cross-Defendant Daren Brinkman submits this Statement of Non-Ripe Issues and Jurisdiction Issues Relating to Settlement Conference ("Notice") and respectfully submits as follows:

Cross-Defendant Daren Brinkman ("Brinkman") cannot participate in the settlement conference scheduled for June 2, 2011 in the above-entitled action for the following reasons:

1

STATEMENT OF NON-RIPE ISSUES AND JURISDICTION ISSUES RELATING TO SETTLEMENT CONFERENCE

1. On March 11, 2011, Brinkman filed motions to set aside entry of default against him and a motion to dismiss defendants Carey Daly's and Randall Lanham's (collectively, "Defendants") claims against Brinkman (the "Motions").

2. Prior to the hearing, the Court issued a tentative ruling ("Tentative") which would have granted Mr. Brinkman's Motions in their entirety, while allowing Defendants the costs of seeking an entry of default against Mr. Brinkman and opposing the Motion. Docket no. 156.

3. On May 6, 2011, a hearing was held on the Motions and the Court granted the motion to set aside entry of default against Brinkman, denied the motion for dismissal of the claims against Brinkman without prejudice and allowed Defendants until May 25, 2011 to amend the third party complaint as it relates to Brinkman. Docket No. 159.

4. Defendants have not yet filed the amended third party complaint ("Amended Third Party Complaint") and, therefore, the issues are not ripe for settlement.

5. Brinkman has no knowledge regarding the amendments Defendants intend to make and Brinkman cannot reasonably engage in a meaningful settlement conference until Brinkman is aware of the accusations made against him.

6. Brinkman has not and cannot file a responsive pleading to the Amended Third Party Complaint until after it is filed, however it is highly likely Brinkman will file a motion to dismiss the claims against him and the Court will not have ruled on such motion before the Settlement Conference.

///

///

STATEMENT OF NON-RIPE ISSUES AND JURISDICTION ISSUES RELATING TO SETTLEMENT CONFERENCE

7.    Brinkman is considering filing counterclaims against Daly and Lanham and those claims would not be filed or at issue before the Settlement Conference.

Respectfully submitted,

Dated: May 19, 2011                        BRINKMAN PORTILLO, PC

By:  /s/ Laura J. Portillo

Laura J. Portillo
Attorneys for Daren R. Brinkman



Dated: 5/25/2011

3

STATEMENT OF NON-RIPE ISSUES AND JURISDICTION ISSUES RELATING TO SETTLEMENT CONFERENCE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village and County of Los Angeles, in the State of California. I am over the age of 18 and am not a party to the within action. I am employed by Brinkman Portillo, PC whose business address is 4333 Park Terrace Dr., Ste 205, Westlake Village, California 91361.

On **May 19, 2011**, I served the following document described as:

**STATEMENT OF NON-RIPE ISSUES AND JURISDICTION ISSUES RELATING TO SETTLEMENT CONFERENCE**

On the interested parties in this action

[ X ] by placing [　] the original  [ X ] a true and correct copy thereof enclosed in sealed envelopes as follows:

**SEE ATTACHED SERVICE LIST**

　　　[ X ] I deposited such envelope in a United States Postal Service Drop Box at Westlake Village, California. The envelopes were mailed with postage fully prepaid.

　　　[　] I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with a United States Postal Service Drop Box on that same day with postage fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit of mailing in affidavit.

　　　[ X ] **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 19th day of May 2011, at Westlake Village, California.

Orson Baumann                                                         /s/ Orson Baumann

## SERVICE LIST

**By Electronic Mail:**

Christopher Ralph Miller    cmiller@n2holdings.com

David Patrick Nemecek , Jr    dnemecek@longlevit.com, ddrivero@longlevit.com

Gregory Armand Rougeau , Esq    rougeau@mrlawsf.com

Jessica R. MacGregor    jmacgregor@longlevit.com, lmyers@longlevit.com

Laura Juanita Portillo    office@brinkmanlaw.com

Michael Lawrence Schrag    michael@meadeschrag.com, raquel@meadeschrag.com

Paul E. Manasian    manasian@mrlawsf.com, gradl@mrlawsf.com


**By Overnight Mail:**

Magistrate Judge Joseph C. Spero
U.S. District Court
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102


**By U.S. Mail:**

**Thomas J. Fleming**
Olshan Grundman Frome Rosenzweig & Wolosky LLP
65 East 55th Street
New York, NY 10022