UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC.,<br>　　　　Plaintiff(s),<br>　　v.<br>CAREY F. DALY II, et al.,<br>　　　　Defendant(s). | No. C09-1816 BZ<br><br>**ORDER RE BRINKMAN'S MOTION FOR SANCTIONS** |

**IT IS HEREBY ORDERED** that Daren Brinkman's motion requesting sanctions to be entered against Randall Lanham for failing to appear at the settlement conference (Docket No. 168) is transferred to Judge Spero's calendar. The hearing on this motion, presently set before me for July 20, 2011, is **VACATED.**

Dated: June 29, 2011

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER RE BRINKMAN'S MOTION FOR SANCTIONS.wpd

1