UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CAREY F. DALY II, et al., <br><br> Defendant(s). | No. C09-1816 BZ <br><br> **SECOND DISCOVERY ORDER** |

Following a telephone conference on June 30, 2011 at which both sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs shall produce the requested documents by **Friday, July 8, 2011**.

2. If Daly and Lanham believe that the produced documents are incomplete, they shall meet and confer with plaintiffs pursuant to my trial scheduling order (Docket No. 145). If the issues are not resolved, Daly and Lanham are

///

///

///

1

1 | granted leave to file the appropriate discovery motion.

2 | Dated: June 30, 2011

3 | _____
4 | Bernard Zimmerman
United States Magistrate Judge

6 | G:\BZALL\-BZCASES\ENCOMPASS V. DALY\DISCOVERY ORDER DRAFT.wpd