MICHAEL H. BONNER, Esq. CSB# 70218
Attorney at Law
50 Osgood Place, Suite 110
San Francisco, CA  94133
Phone:  (415) 394-8090
Fax:       (415) 394-5665
email   mike@mbonnerlaw.com

Attorney for Counter-Defendants
Kirk Hurford, Lucas Valley Technology,
Inc., and Joseph Berardi

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation<br><br>                    Plaintiff,<br><br>vs.<br><br>CARY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>                    Defendants.<br><br>And Related Counter-Claims | Case No.  09-CV -1816 BZ<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO ALLOW MANASIAN & ROUGEAU, LLP TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTE MICHAEL H. BONNER |

[[PROPOSED] ORDER APPROVING STIPULATION TO ALLOW MANASIAN & ROUGEAU, LLP TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTE MICHAEL H. BONNER

1

[PROPOSED] ORDER APPROVING STIPULATION TO ALLOW MANASIAN & ROUGEAU, LLP TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTE MICHAEL H. BONNER

Upon consideration of the Stipulation to Allow the substitution of Michael H. Bonner in place of Manasian & Rougeau LLP as counsel of record (the "Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

(1) The Stipulation is approved,

(2) Manasian & Rougeau is hereby deemed to have withdrawn from the representation of Kirk Hurford, Lucas Valley Technology, Inc. and Joseph Berardi in the above referenced action, and

(3) Michael H. Bonner is hereby deemed to be substituted as counsel of record for Kirk Hurford, Lucas Valley Technology, Inc. and Joseph Berardi in the above referenced action.

~~**IT IS SO ORDERED.**~~

(4) Approval is conditioned on Mr. Bonner filing a declaration averring that he is prepared to meet the existing trial schedule.

Dated: July 5, 2011



[[PROPOSED] ORDER APPROVING STIPULATION TO ALLOW MANASIAN & ROUGEAU, LLP TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTE MICHAEL H. BONNER

2