UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENCOMPASS HOLDINGS, INC., | ) | |
| Plaintiff(s), | ) | No. C09-1816 BZ |
| v. | ) | **ORDER FOR FURTHER BRIEFING** |
| CAREY F. DALY II, et al., | ) | |
| Defendant(s). | ) | |

In connection with Brinkman's motion to dismiss, if either party has any authority on the issue of whether Brinkman, counsel for the unsecured creditors committee, owed Daly, an unsecured creditor, a fiduciary duty or if Daly has any authority for the proposition that the litigation privilege does not apply to federal bankruptcy proceedings, that authority shall be supplied to the Court by letter briefs filed not later than **noon, Tuesday, July 19, 2011**.

Dated: July 14, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER FOR FURTHER BRIEFING 7.14.2011.wpd

1