1  JOSEPH P. MCMONIGLE, State Bar #66811
   JESSICA R. MACGREGOR, State Bar #168777
2  DAVID P. NEMECEK, JR. State Bar #194402
   LONG & LEVIT LLP
3  465 California Street, Suite 500
   San Francisco, California  94104
4  Telephone:      (415) 397-2222
   Facsimile:      (415) 397-6392
5  Email:          jmcmonigle@longlevit.com
                   jmacgregor@longlevit.com
6                  dnemecek@longlevit.com

7  Specially appearing for Cross-Defendant
   ROBERT LASKOWSKI (erroneously sued as Robert
8  Laskowsky)

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>Defendants. | CASE No. 3:09-cv-01816 BZ<br><br>**STIPULATION TO DISMISS CROSS-DEFENDANT ROBERT LASKOWSKI** |
| CAREY F. DALY II, an individual; and RANDALL J. LANHAM, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>ENCOMPASS HOLDINGS, INC., a Nevada corporation; J. SCOTT WEBBER, an individual and in his representative capacity; LARRY J. COOPER, an individual; KIRK HURFORD, an individual and in his representative capacity; SHIRLEY HARMON, an individual; DAREN BRINKMAN, an individual; JOSEPH BERARDI, an individual; and ROBERT LASKOWSKY, an individual,<br><br>Counter-Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION TO DISMISS ROBERT LASKOWSKI
WITHOUT PREJUDICE (No. 3:09-cv-01816 BZ)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby stipulate and agree that cross-defendant Robert Laskowski (erroneously sued as Robert Laskowsky) shall be dismissed from this matter without prejudice.

**WHEREAS:**

1. On October 20, 2010, the Court granted the Motion to Dismiss for Lack of Personal Jurisdiction filed by Laskowski.

2. On May 24, 2011, cross-complainants Carey F. Daley II and Randall Lanham ("Cross-Complainants") filed their Third Amended Counter Claims And Third-Party Complaint ("TACC"). The TACC alleges causes of action against Laskowski for fraud, conduct and participation in a RICO enterprise through a pattern of racketeering activity, and conspiracy to engage in a pattern of racketeering activity.

3. Cross-Complainants contend that it is necessary to allege claims against Laskowski in the TACC in order to preserve their appeal of this Court's ruling on Laskowski's Motion to Dismiss. Laskowski disagrees with cross-complainants and believes that it is improper for the Cross-Complainants to allege claims against him without first obtaining leave to amend the TACC from this Court.

4. Laskowski and Cross-Complainants wish to resolve their dispute that is outlined in paragraph 3 above without prejudicing Cross-Complainants' right to appeal this Court's ruling of October 20, 2010 dismissing Laskowski from this matter for lack of personal jurisdiction.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. Cross-Complainants agree to dismiss Laskowski from this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Nothing in this stipulation shall affect the rights of Cross-Complainants to appeal this Court's ruling of October 20, 2010, in which it granted Laskowski's Motion to Dismiss for Lack of Personal Jurisdiction.

**IT IS SO STIPULATED.**

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO DISMISS ROBERT LASKOWSKI WITHOUT PREJUDICE (No. 3:09-cv-01816 BZ)

Dated: July 14, 2011

LONG & LEVIT LLP

By: /s/ Joseph P. McMonigle
JOSEPH P. MCMONIGLE
JESSICA R. MACGREGOR
DAVID P. NEMECEK, JR.
Specially Appearing for Cross-Defendant
ROBERT LASKOWSKI (erroneously sued as
Robert Laskowsky)

Dated: July 14, 2011

By: /s/ Christopher R. Miller
CHRISTOPHER R. MILLER
Attorneys for Cross-Complainants CAREY F.
DALY II and RANDALL J. LANHAM

DOCS:594207.1

**IT IS SO ORDERED**
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 7/15/2011

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION TO DISMISS ROBERT LASKOWSKI
WITHOUT PREJUDICE (No. 3:09-cv-01816 BZ)