# BRINKMAN PORTILLO, PC

4333 PARK TERRACE DRIVE, SUITE 205
WESTLAKE VILLAGE, CALIFORNIA 91361
TELEPHONE (818) 597-2992
FACSIMILE (818) 597-2998
E-MAIL firm@brinkmanlaw.com

July 28, 2011

**Via Electronic Mail:**

Hon. Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

      Re: *ENCOMPASS HOLDINGS, INC. v. CAREY F. DALY II, et al.*; Case No. 3:09-cv-01816-BZ

Dear Judge Spero,

    Counsel for cross-defendant Daren Brinkman respectfully requests that the Court allow the telephonic appearance of counsel at the hearing on the MOTION FOR SANCTIONS AGAINST RANDALL J. LANHAM scheduled for July 29, 2011 at 9:30 a.m. in the above-referenced matter. The request is made on the grounds that counsel for this matter, Kirk C. Pearson, will be in Los Angeles on the day of the conference and requiring personal appearance by me would impose an unnecessary hardship. Allowing a telephonic appearance will not prejudice the Counter-Claimants or cause them any harm.

    I can be reached by landline at the following telephone number: 818-597-2992.

Dated: July 28, 2011                        BRINKMAN PORTILLO, PC

Dated: July 28, 2011

                                           By: /s/ Kirk C. Pearson
                                           Kirk C. Pearson
                                           Attorneys for Daren Brinkman

[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]