UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>CAREY F. DALY II, et al.,<br><br>            Defendant(s). | No. C09-1816 BZ<br><br>**ORDER RE DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT** |

    Defendants Carey F. Daly and Randall J. Lanham have filed a motion for summary judgment which is currently noticed for hearing on October 5, 2011.  The Court's Order Scheduling Jury Trial and Pretrial Matters expressly requires a motion for summary judgment to be accompanied by a statement of the undisputed material facts which is supported by citations to admissible evidence and is prepared jointly where possible. See Docket No. 145 at page 3.  Defendants' motion does not include a joint statement of undisputed facts nor a separate statement and they offer no explanation as to why such statements were not provided.  Because defendants have not

1

1  complied with the requirements for filing their motion, the
2  motion is **TAKEN OFF CALENDAR**.
3  Dated: August 26, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER VACATING DEFENDANTS' MSJ.wpd

2