UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CAREY F. DALY II, et al., <br><br> Defendant(s). | No. C09-1816 BZ <br><br> **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY ORDERED** that the hearing on defendants' motion for summary judgment presently scheduled for October 5, 2011 is **VACATED**. The motion will be heard along with plaintiff's motion to dismiss on **October 19, 2011, at 10:00 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 27, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER RESCHEDULING DEFS MSJ.wpd

1