UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENCOMPASS HOLDINGS, INC.,  )
                           )
        Plaintiff(s),      )    No. C09-1816 BZ
                           )
   v.                      )
                           )    **ORDER RESCHEDULING HEARING**
CAREY F. DALY II, et al.,  )    **ON DEFENDANTS' MOTION FOR**
                           )    **SUMMARY JUDGMENT**
                           )
        Defendant(s).      )
_____)

**IT IS HEREBY ORDERED** that the hearing on defendants' motion for summary judgment presently scheduled for October 5, 2011 is **VACATED**. The motion will be heard along with plaintiff's motion to dismiss on **October 19, 2011, at 10:00 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 27, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER RESCHEDULING DEFS MSJ.wpd

1