UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC., ) | |
|       Plaintiff(s), ) | No. C09-1816 BZ |
| v. ) | |
| CAREY F. DALY II, et al., ) | **ORDER REQUESTING DOCTOR'S CERTIFICATE** |
|       Defendant(s). ) | |

**IT IS HEREBY ORDERED** that Mr. Miller by **November 2, 2011**, shall file a certificate of his doctor explaining his medical condition and giving his best estimate of when Mr. Miller will be able to resume work. Mr. Miller may file this certificate **UNDERSEAL.**

Dated: October 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER REQUESTING DOCTOR'S CERTIFICATE.wpd

1