UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS HOLDINGS, INC.,<br>　　　　Plaintiff(s),<br>　　v.<br>CAREY F. DALY II, et al.,<br>　　　　Defendant(s). | No. C09-1816 BZ<br><br>**ORDER REQUESTING**<br>**DOCTOR'S CERTIFICATE** |

**IT IS HEREBY ORDERED** that Mr. Miller by **November 2, 2011**, shall file a certificate of his doctor explaining his medical condition and giving his best estimate of when Mr. Miller will be able to resume work.  Mr. Miller may file this certificate **UNDERSEAL.**

Dated: October 28, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ENCOMPASS V. DALY\ORDER REQUESTING DOCTOR'S CERTIFICATE.wpd

1