Christopher R. Miller (66862)
755 Bayside Drive, Suite 380
Petaluma, California 94954
Tel: (707) 763-5100
Fax: (707) 581-1951

Attorney for Defendants and Cross-Complainants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *ENCOMPASS HOLDINGS, INC., a Nevada corporation,* <br><br> *Plaintiff* <br><br> *v.* <br><br> *CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual,* <br><br> *Defendants and Counter-Claimants.* <br><br> AND RELATED COUNTER-CLAIMS AND CROSS-COMPLAINT | *Case No. 4:09-cv-1816 BZ* <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-captioned action have entered into a Confidential Settlement Agreement in settlement of the entire action. It is therefore requested that the Court enter an order dismissing the entire action with prejudice.

Dated: 11/28/2011            _____/s/_____
                             Christopher R. Miller
                             Attorney for Daly and Lanham

Dated: 11/28/2011            _____/s/_____
                             Michael J. Bonner
                             Attorney for Encompass, Webber,
                             Hurford, Berardi, Cooper and Harmon

**Notice of Settlement/Request for Dismissal**
**Case No. 3:09-CV-1816 BZ**                                    Page 1 of 2

Upon the request of the parties to dismiss the within action with prejudice, and good cause appearing therefore,

IT IS SO ORDERED.

Dated__ November 28, 2011

_____
Hon. Bernard Zimmerman
Magistrate Judge