Christopher R. Miller (66862)
755 Bayside Drive, Suite 380
Petaluma, California 94954
Tel: (707) 763-5100
Fax: (707) 581-1951

Attorney for Defendants and Cross-Complainants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *ENCOMPASS HOLDINGS, INC., a Nevada corporation,*<br><br>*Plaintiff*<br><br>*v.*<br><br>*CAREY F. DALY II, an individual, and RANDALL J. LANHAM, an individual,*<br><br>*Defendants and Counter-Claimants.*<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-COMPLAINT | *Case No. 4:09-cv-1816 BZ*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-captioned action have entered into a Confidential Settlement Agreement in settlement of the entire action. It is therefore requested that the Court enter an order dismissing the entire action with prejudice.

Dated: 11/28/2011                     _____/s/_____
                                      Christopher R. Miller
                                      Attorney for Daly and Lanham

Dated:11/28/2011                      _____/s/_____
                                      Michael J. Bonner
                                      Attorney for Encompass, Webber,
                                      Hurford, Berardi, Cooper and Harmon

1
2
3  Upon the request of the parties to dismiss the within action with prejudice, and good
4  cause appearing therefore,
5  IT IS SO ORDERED.
6
7  Dated__ November 28, 2011                    _____
8                                                Hon. Bernard Zimmerman
                                                 Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28